HENRY TOZER, an Infant, by Guardian, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Court of Appeals, April* 26, 1887.

See 6 N. Y. St. Rep. 447.

*Appeal. General objection.*—A general objection to evidence is sufficient, where the grounds of the objection cannot be misunderstood, and if they had been specified, the objection cannot be obviated.

*George C. Greene,* for appellant.

*Myron H. Peck, Jr.,* for respondent.

PER CURIAM.—In deciding upon the appeal in this case, it did not escape our attention that the objections to the admission of the evidence which we held to be incompetent were general.   That point was discussed in consultation, but we considered that the evidence was in its nature inadmissible, as it related to speculative and conjectural possible future consequences which might be apprehended from the injury, and how long after the injury such consequences might be developed.   The course of the examination shows that the ground of the objections could not have

been misunderstood, and, if it had been specified, the objection could not have been obviated.

Motion denied, with costs.

All concur.